**Order entered June 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00100-CR**

**CHRISTOPHER ROMMELL MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75306-M**

**ORDER**

We **REINSTATE** this appeal.

On June 23, 2021, we abated this appeal and ordered the trial court to appoint new counsel. Appointed counsel Michael Mowla filed his appearance on June 28, 2021.

We **DIRECT** the Clerk to list Michael Mowla as counsel in the above appeal. All future notices shall be sent to Mr. Mowla at the address on file with the Court.

On the Court's own motion, we **ORDER** appellant's brief due by August 30, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; to Michael Mowla; to the Dallas County District Attorney; and to Christopher Rommell McKinney, TDCJ #02306260, Alfred Hughes Unit, Rt. 2 Box 4400, Gatesville, TX 76597.


/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE